No. D–2134. IN RE DISBARMENT OF GROSKIN. Lawrence J. Groskin, of Tuxedo Park, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2135. IN RE DISBARMENT OF KUHLMAN. Jack Frank Kuhlman, of Hinsdale, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2136. IN RE DISBARMENT OF MILLER. Steven G. Miller, of Junction City, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M49. COWHIG v. CALDERA, SECRETARY OF THE ARMY. Motion of petitioner for leave to proceed as a veteran denied.

No. 99M51. PRYOR v. WESTMORELAND COAL CO. ET AL.;
No. 99M52. WILLIAMS v. EAST COAST TRUCK LINES;
No. 99M54. JANCUK v. DONOFRIO, JUDGE, ET AL.; and
No. 99M55. FIELITZ v. FIELITZ ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99–5525. DICKERSON v. UNITED STATES. C. A. 4th Cir. [Certiorari granted, ante, p. 1045.] Motion for appointment of counsel granted, and it is ordered that James W. Hundley, Esq., of Fairfax, Va., be appointed to serve as counsel for petitioner in this case.

No. 99–6088. IN RE TYLER. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 984] denied.

No. 99–6093. IN RE TYLER ET AL. C. A. 8th Cir. Motion of petitioners for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 983] denied.

No. 99–6905. FRIEND v. RENO, ATTORNEY GENERAL, ET AL. C. A. 9th Cir.; and
No. 99–7180. STEVENS v. MICHIGAN. Sup. Ct. Mich. Motions of petitioners for leave to proceed in forma pauperis denied.